**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Mark J. Coggeshall<br>Debtor, | Chapter: 13<br>Case No: 10–41709<br>Judge Melvin S. Hoffman |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Debtor mark J. Coggeshall** was entered on 5/21/10 .

Date:6/4/10

By the Court,

Janet Keller
Deputy Clerk
508–770–8946

21